**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ANDY STALLINGS** **PLAINTIFF**

**V.** **NO. 3:26-cv-00197-JM-ERE**

**DALE COOK, *et al.*** **DEFENDANTS**

**ORDER**

On July 10, 2026, a multi-plaintiff federal civil rights lawsuit was filed on Andy Stallings' behalf. *Doc. 1*. Court policy prevents inmates from joining other named plaintiffs in a lawsuit; rather, Mr. Stallings must proceed with his claim(s) in an individual lawsuit.

With the initial filing, Mr. Stallings failed to provide a completed application for leave to proceed *in forma pauperis* ("IFP"); nor did he pay a filing fee. As a result, on July 13, 2026, the Court directed the Clerk of Court to send Mr. Stallings an IFP application and ordered him to either: (1) return a completed IFP application, along with a jail account information sheet; or (2) pay the $405.00 filing fee. *Doc. 2*. The Court specifically warned Mr. Stallings that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id*.

To date, Mr. Stallings has not addressed the filing fee requirement and the time to do so has passed.

IT IS THEREFORE ORDERED THAT:

1. The Court withdraws the reference.

2. Mr. Stallings' complaint is DISMISSED, without prejudice, based on his failure to: (1) comply with the Court's July 13, 2026 Order; (2) submit a completed IFP form or pay the filing fee; and (3) prosecute this lawsuit.

3. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

4. The Clerk is instructed to close this case.

Dated August 17, 2026.

UNITED STATES DISTRICT JUDGE